1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AARON PALENCIA AND HEIDI
PALENCIA,

              Plaintiffs,

      v.

OCWEN FINANCIAL SERVICES,
INC., OCWEN LOAN SERVICING,
LLC, AND BANK OF AMERICA, N.A.,

           Defendants.

CV 11-8183 PA (CWx)

JUDGMENT

     Pursuant to the Court's April 25, 2012 Minute Order granting the Motion to Dismiss Plaintiffs' First Amended Complaint filed by defendants Ocwen Financial Services, Inc., Ocwen Loan Servicing, LLC, and Bank of America, N.A. (collectively "Defendants"), which dismissed all of the claims asserted by plaintiffs Aaron Palencia and Heidi Palencia ("Plaintiffs"),

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiffs.

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims are dismissed with prejudice.

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take

2 nothing and that Defendants shall have their costs of suit.

3     IT IS SO ORDERED.

4

5 DATED: April 27, 2012            _____

6                       Percy Anderson
              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28